UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DANIEL CASTRO, M.D.,

        Defendant.

_____/

Case No. 1:22-CR-16

Hon. Hala Y. Jarbou
United States District Judge

**INDICTMENT**
**PENALTY SHEET**

**COUNTS 1-34:  Health Care Fraud** [18 U.S.C. § 1347]

**Maximum penalty:**  Not more than 10 years' imprisonment and/or $250,000 fine or twice the gross gain or gross loss, whichever is greater [18 U.S.C. § 1347][18 U.S.C. § 3571]

**Supervised Release:**  Not more than 3 years [18 U.S.C. § 3583] Class C Felony [18 U.S.C. § 3559]

**Special Assessment:**  $100 [18 U.S.C. § 3013]

**Mandatory Restitution:** [18 U.S.C. § 3663A(c)(1)(A)(i)]


**COUNTS 35-42:  False Statements Relating to Health Care Matters** [18 U.S.C. § 1035]

**Maximum penalty:**  Not more than 5 years' imprisonment and/or $250,000 fine or twice the gross gain or gross loss, whichever is greater [18 U.S.C. § 1035][18 U.S.C. § 3571]

**Supervised Release:**  Not more than 3 years [18 U.S.C. § 3583] Class D Felony [18 U.S.C. § 3559]

**Special Assessment:**  $100 [18 U.S.C. § 3013]

**Mandatory Restitution:** [18 U.S.C. § 3663A(c)(1)(A)(i)]

**FORFEITURE**

Date:  February 1, 2022　　　　　　　　　　　　/s/Ronald M. Stella
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046